UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Christopher G. Fournier</u>

      v.            Civil No. 08-cv-338-JD

<u>Northern NH Correctional Facility, Warden</u>


<u>O R D E R</u>

On October 8, 2009, Attorney Harry C. Batchelder, Jr. was appointed to represent Petitioner Fournier in this case. The current status of this case is that there is a pending Motion for Summary Judgment, which was filed by the respondent on April 10, 2009. It is herewith ordered, that the Petitioner file a response to the Motion for Summary Judgment on or before November 9, 2009, thirty days from the date of this Order.


      SO ORDERED.


October 9, 2009                                                          */s/ Joseph A. DiClerico, Jr.*
                                                                                 Joseph A. DiClerico, Jr.
                                                                                 United States District Judge


cc:    Harry C. Batchelder , Jr., Esq.
        Elizabeth Woodcock, Esq.
        Stephen Fuller, Esq.