```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

Christopher Fournier

    v.                                    Civil No. 08-cv-338-JD

Warden, Northern New Hampshire
Correctional Facility


O R D E R

On July 22, 2010, the court granted a motion for an extension of time filed by Christopher Fournier's appointed counsel but required counsel to contact Fournier and explain the present circumstances in the case. Counsel sent a letter to the clerk of court dated July 22, 2010, in which he explained that Fournier is no longer incarcerated and that he had contacted him as required in the previous order. Therefore, counsel has complied with the requirements of the July 22 order.

In his letter, counsel, perhaps due to a typographical error, states that the deadline for Fournier's response to the Warden's motion for summary judgment is now August 7, 2010. As stated in the July 22 order, the deadline is **August 27, 2010.**

Counsel's July 22 letter will be docketed with Fournier's telephone number redacted.

    SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

August 3, 2010

cc:   Harry C. Batchelder, Jr., Esquire
      Stephen D. Fuller, Sr., Esquire
      Elizabeth C. Woodcock, Esquire