UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher G. Fournier

    v.                        Civil No. 08-cv-338-JD

Warden, Northern New Hampshire
Correctional Facility

O R D E R

Counsel appointed to represent Christopher G. Fournier filed an affidavit in support of his CJA 20 Voucher that sought fees in excess of the maximum amount. The affidavit was docketed as a motion. The matter has been resolved, and the motion (document no. 61) is terminated.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

March 16, 2011

cc: Harry C. Batchelder, Jr., Esquire
    Stephen D. Fuller, Sr., Esquire
    Elizabeth C. Woodcock, Esquire